# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2228EA

_____

Sharon Holman,                                *

                *

         Appellant,      *

                *

   v.                    *

                *

Jim Branson, Individually, doing    *    Appeal from the United States

business as Arkansas Reenactors     *    District Court for the Eastern

Alliance; Billy Nations, Individually,  *    District of Arkansas.

doing business as Terry's Texas     *

Rangers; Jim Jones, Individually, doing *    [UNPUBLISHED]

business as Terry's Texas Rangers; Mike *

Bailey, individually and as agent for   *

Department of Parks and Tourism,    *

State of Arkansas,               *

                *

         Appellees.      *

_____

Submitted: December 14, 1998
Filed: December 23, 1998

_____

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Sharon Holman appeals the adverse orders of the district court granting summary judgment and judgment as a matter of law to the parties sued by Holman. We review the district court's rulings under well established standards. Having reviewed the

record in the context of the parties' arguments, we conclude the record supports the district court's decisions.  Because our review involves the application of settled principles of law in a fact intensive case and the parties' submissions show they are thoroughly familiar with the issues before the court, we believe an extensive discussion would serve no useful precedential purpose.  We thus affirm the district court without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.